IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01554-MSK-GJR

JOSHUA WILLIAMS,

    Plaintiff,

v.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.
_____

**ORDER RE: UNOPPOSED MOTION TO ATTEND**
**SCHEDULING CONFERENCE BY TELEPHONE (Doc. 14)**
_____

    Defendant by and through counsel John P. Craver, of White and Steele, P.C., requests he be allowed to attend the Status Conference scheduled for August 31, 2011 at 11:00 a.m. via telephone due to a family crisis. Counsel further advises that pursuant to D.C.COLO.L.CivR.7.1, he has conferred with Plaintiff's counsel and there are no objections to this request.

    IT IS THEREFORE, ORDERED that defense counsel is allowed to attend the Scheduling Conference on August 31, 2011 at 11:00 a.m. by telephone at 970.241.2187.

    Dated this 30th day of August, 2011.

                                    BY THE COURT:

                                    s/ Gudrun J. Rice

                                    Gudrun J. Rice
                                    U.S. Magistrate Judge